ORDER:

Motion granted.
The bond review hearing
is rescheduled to Friday,
May 8, 2015, at 2:30 P.M.

John Bryant
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 3:14CR00104-7 |
| | ) | Judge Aleta Trauger |
| MICHELLE JOHNSON | ) | |

## *UNOPPOSED* MOTION TO CONTINUE

Defendant, Michelle Johnson, through counsel, moves this Court to continue the revocation of pretrial release hearing currently set for April 29, 2015 at 10:30 AM. As grounds for this request counsel asserts that he needs some additional time to consult with his client and attempt to prepare some alternative to pretrial detention.

Counsel for the Government, AUSA Brent Hannafan, does not oppose this motion.

A one week continuance will be enough time to prepare.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067
(615) 790-2426
john@johncauley.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2015 a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, namely Assistant U.S. Attorney Brent Hannafan, 110 9th Avenue South, Suite A-961, Nashville, TN 37203, along with all other defendants in this case.

/s/ John P. Cauley